

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2016

No. 04-16-00172-CV

Susan Lori **WIEDENFELD**,
Appellant

v.

Charles Alan **MARKGRAF**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-12374
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED IN PART. Appellee's brief is due on or before October 17, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court